pany against Elie J. Moneuse. No opinion. Motion denied, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 509.

SCHLAPPENDORF, Respondent, v. AMERICAN RY. TRAFFIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Harry C. Schlappendorf against the American Railway Traffic Company. No opinion. Order affirmed, without costs. See, also, 142 App. Div. 554, 127 N. Y. Supp. 44.

SCHLOENDORFF, Appellant, v. SOCIETY OF NEW YORK HOSPITAL, Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Mary E. Schloendorff against the Society of the New York Hospital. A. Van Wyck, for appellant. A. G. Fox, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

SCHMITT, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by Jacob Schmitt against the Brooklyn Heights Railroad Company.
PER CURIAM. Judgment affirmed, with costs.
WOODWARD and RICH, JJ., dissent.

SCHROEDER v. YOUNG et al. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Metta Schroeder against George H. Young, Jr., and others. No opinion. Judgment unanimously affirmed, with costs.

SCHUHMAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Michael Schuhman, an infant, by George Schuhman, his guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Order setting aside verdict and granting new trial (117 N. Y. Supp. 145) unanimously affirmed, with costs,

SCHULTZ, Appellant, v. SCHULTZ, Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Otto J. Schultz, Jr., against Otto J. Schultz. S. H. Eisler, for appellant. A. T. Kiernan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHWEID et al., Respondents, v. OOTHOUT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Bernard A. Schweid and another against Christina Oothout. No opinion. Order affirmed, with $10 costs and disbursements.

SEARLE, Respondent, v. WATERMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1911.) Action by Theodore Searle against George S. Waterman. No opinion. Judgment affirmed, with costs.

SEELEY, Appellant, v. HAMMOND, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Lamar B. Seeley against Andrew B. Hammond. No opinion. Motion denied, with $10 costs. See, also, infra.

SEELEY, Appellant, v. HAMMOND, Respondent. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Lamar B. Seeley against Andrew B. Hammond.
PER CURIAM. Judgment and order affirmed with costs. See, also, supra.
RICH, J., dissents.

SEGERITZ, Appellant, v. GRAND LODGE A. O. U. W. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Anna Segeritz against the Grand Lodge Ancient Order United Workmen of the State of New York. A. B. Jaworower, for appellant. E. S. Merrill, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SENTINEL PRINTING CO. v. MARCY et al. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by Sentinel Printing Company against William N. Marcy and James H. S. Fair. No opinion. Judgment and order unanimously affirmed, with costs.

SHAW, Respondent, v. LEE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Harvey A. Shaw against Julia A. Lee and another. No opinion. Judgment of foreclosure and sale affirmed, with costs to plaintiff.

SHAW, Respondent, v. LEE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Harvey A. Shaw against Julia A. Lee and another. No opinion. Order denying motion for new trial affirmed, with $10 costs and disbursements.

SHULTZ et al. v. C. H. QUEREAU CO., Inc., et al. TALCOTT v. SAME. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Actions by John L. Shultz and another and by Joseph M. Talcott against the C. H. Quereau Company, Incorporated, and others. No opinions. Judgments affirmed, without costs of these appeals to any party.